

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2018

No. 04-18-00422-CR

**IN RE** Richard **LARES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
                 Luz Elena D. Chapa, Justice
                 Irene Rios, Justice

On July 5, 2018, this court dismissed relator's petition for writ of mandamus for lack of jurisdiction. On July 19, 2018, relator filed a motion for rehearing. After considering the motion, relator's motion is hereby DENIED.

It is so **ORDERED** on July 25, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2006CR10110, styled *The State of Texas v. Richard Lares*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Frank J. Castro presiding.